UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CIV-20830-COOKE

THE KEITH HARING FOUNDATION, INC.,

    Plaintiff,

vs.

COLORED THUMB CORP. and
MICHAEL ROSEN,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Thomson of the law firm Proskauer Rose LLP appears as counsel for Plaintiff The Keith Haring Foundation, Inc. in this case and requests that all papers pertaining to this cause be served on him at the address set forth below.

Date: March 11, 2013

Respectfully submitted,

**PROSKAUER ROSE LLP**
*Attorneys for Plaintiff*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145

/s/ Andrew Thomson
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2013, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Andrew Thomson
Andrew B. Thomson

## SERVICE LIST

CASE NO. 13-CIV-20830-COOKE

**Herman J. Russomanno, Esq.**
**Robert J. Borrello, Esq.**
**Herman J. Russomanno, III, Esq.**
RUSSOMANNO & BORRELLO, P.A.
Museum Tower, Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103
*Via Notice of Electronic Filing*