UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CIV-20830-COOKE

THE KEITH HARING FOUNDATION, INC.,

    Plaintiff,

vs.

COLORED THUMB CORP. and
MICHAEL ROSEN,

    Defendants.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff The Keith Haring Foundation, Inc. files, under Federal Rule of Civil Procedure 7.1, its Corporate Disclosure Statement: (1) The Keith Haring Foundation, Inc. does not have a parent corporation; and (2) no publicly held corporation owns 10% or more of The Keith Haring Foundation, Inc.'s stock.

Date: March 21, 2013

Respectfully submitted,

**PROSKAUER ROSE LLP**
*Attorneys for Plaintiff*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone:   (561) 241-7400
Facsimile:   (561) 241-7145

/s/ Andrew Thomson
Matthew Triggs
Florida Bar No. 865745
mtriggs@proskauer.com
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com

- and -

                                        Sarah S. Gold
                                        (*pro hac vice* motion pending)
                                        Margaret A. Dale
                                        (*pro hac vice* motion pending)
                                        **PROSKAUER ROSE LLP**
                                        11 Times Square
                                        New York, NY 10036
                                        Telephone: (212) 969-3000
                                        Facsimile: (212) 969-2900

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ Andrew Thomson
                                        Andrew B. Thomson

## SERVICE LIST

### CASE NO. 13-CIV-20830-COOKE

**Robert J. Borrello, Esq.**
**Herman J. Russomanno, III, Esq.**
RUSSOMANNO & BORRELLO, P.A.
Museum Tower, Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103
*Via Notice of Electronic Filing*