IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| The Keith Haring Foundation, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>Colored Thumb Corp., and<br>Michael Rosen,<br><br>    Defendant. | CIVIL ACTION FILE NUMBER:<br><br>13-CV-20830-MGC |

## **DEFENDANT COLOR THUMB'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Color Thumb, Corp. ("Color Thumb"), hereby files this Corporate Disclosure Statement and states that: (1) Color Thumb does not have a parent corporation; and (2) no publicly held corporation owns 10% or more of Color Thumb's stock.

Dated: March 25, 2013        Respectfully submitted,

    RUSSOMANNO & BORRELLO, P.A.
    Museum Tower, Penthouse 2800
    150 West Flagler Street
    Miami, Florida 33130
    Telephone: (305) 373-2101
    Facsimile: (305) 373-2103

    By: /s/ Herman J. Russomanno III
        Herman J. Russomanno (Fla. Bar No. 240346)
        hrussomanno@russomanno.com
        Herman J. Russomanno III (Fla. Bar No. 21249)
        herman2@russomanno.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              /s/  Herman J. Russomanno III