UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20830-Civ-COOKE/Turnoff

THE KEITH HARING FOUNDATION, INC.,

    Plaintiff,

v.

COLORED THUMB CORP., and
MICHAEL ROSEN,

    Defendants.
_____/

## ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

**THIS CAUSE** came before the Court upon the Motions to Appear *pro hac vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (ECF No. 14, 15), filed by Sarah S. Gold, Esq., and Margaret A. Dale, Esq., pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Upon consideration of the Motion and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motions to Appear *pro hac vice* (ECF No. 14, 15) are **GRANTED**.

Sarah S. Gold, Esq., and Margaret A. Dale, Esq., both of the law firm of Proskauer Rose, LLP, may appear as co-counsel on behalf of Plaintiff The Keith Harding Foundation, Inc., in the above-styled case only.

The Clerk shall provide electronic notification of all electronic filings to Sarah S. Gold, Esq., at sgold@proskauer.com, and to Margaret A. Dale, Esq., at mdale@proskauer.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of April 2013.

_____
**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
    All Counsel of Record