IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| The Keith Haring Foundation, Inc.<br><br>Plaintiffs,<br><br>    v.<br><br>Colored Thumb Corp., and<br>Michael Rosen,<br><br>Defendant. | CIVIL ACTION FILE NUMBER:<br><br>13-CV-20830-MGC |

### **DEFENDANTS' NOTICE IN REGARD TO RESPONSE TO THE COMPLAINT**

Please take notice that the undersigned defense counsel accepted service on behalf of Defendants in this case and upon further conferring with Plaintiff's counsel on the matter on May 15, 2013, Defendants and Plaintiff agreed that Defendants would respond to Plaintiff's Complaint on or before May 24, 2013 instead of May 17, 2013.

Dated: May 15, 2013

Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
*Counsel for Defendants*
Museum Tower, Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By: /s/ Herman J. Russomanno III
    Herman J. Russomanno (Fla. Bar No. 240346)
    hrussomanno@russomanno.com
    Herman J. Russomanno III (Fla. Bar No. 21249)
    herman2@russomanno.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  Herman J. Russomanno III