IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| The Keith Haring Foundation, Inc.<br><br>Plaintiffs,<br><br>　　　v.<br><br>Colored Thumb Corp., and<br>Michael Rosen,<br><br>Defendant. | CIVIL ACTION FILE NUMBER:<br><br>13-CV-20830-MGC |

## **DEFENDANTS' NOTICE IN REGARD TO RESPONSE TO THE COMPLAINT**

Please take notice that the undersigned defense counsel accepted service on behalf of Defendants in this case and upon further conferring with Plaintiff's counsel on the matter on May 22, 2013, Defendants and Plaintiff agreed that Defendants would respond to Plaintiff's Complaint on or before May 31, 2013 instead of May 24, 2013, and that this shall be the last extension given by Plaintiff to Defendants for purposes of responding to the Complaint.

Dated: May 23, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　RUSSOMANNO & BORRELLO, P.A.
　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　Museum Tower, Penthouse 2800
　　　　　　　　　　　　　　　　　　150 West Flagler Street
　　　　　　　　　　　　　　　　　　Miami, Florida 33130
　　　　　　　　　　　　　　　　　　Telephone: (305) 373-2101
　　　　　　　　　　　　　　　　　　Facsimile: (305) 373-2103

　　　　　　　　　　　　　　　　　　By: /s/ Herman J. Russomanno III
　　　　　　　　　　　　　　　　　　　　Herman J. Russomanno (Fla. Bar No. 240346)
　　　　　　　　　　　　　　　　　　　　hrussomanno@russomanno.com
　　　　　　　　　　　　　　　　　　　　Herman J. Russomanno III (Fla. Bar No. 21249)
　　　　　　　　　　　　　　　　　　　　herman2@russomanno.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 23, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 /s/  Herman J. Russomanno III