IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| The Keith Haring Foundation, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>Colored Thumb Corp., and<br>Michael Rosen,<br><br>    Defendant. | CIVIL ACTION FILE NUMBER:<br><br>13-CV-20830-MGC |

## NOTICE OF APPEARANCE AS CO-COUNSEL

Scott Margules, Esq. and the Law Offices of Scott Margules, P.A., hereby give notice of their appearance as co-counsel on behalf of Defendants, Colored Thumb Corp. and Michael Rosen, and request that copies of all motions, notices and other pleadings filed or served in this cause be furnished to the undersigned counsel.

Dated: August 23, 2013

Respectfully submitted,

LAW OFFICES OF SCOTT MARGULES, P.A.
20801 Biscayne Blvd., Suite 303
Aventura, FL 33180
Telephone: (305) 933-8933
Facsimile: (305) 933-0334

By: /s/ Scott Margules
    Scott Margules (Fla. Bar No. 368326)
    scott@marguleslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                /s/ Scott Margules