UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CIV-20830-COOKE/TURNOFF

THE KEITH HARING FOUNDATION, INC.,

    Plaintiff,

vs.

COLORED THUMB CORP. and
MICHAEL ROSEN,

    Defendants.

## NOTICE OF SELECTION OF MEDIATOR

In accordance with this Court's Order (D.E. 38), the parties have conferred and agreed upon the selection of John W. Salmon, Esq. of Salmon & Dulberg Dispute Resolution as the mediator in this matter. The mediation will take place at a mutually convenient (but as yet undetermined) date and time on or before July 2, 2014. A proposed order is attached as Exhibit A.

Date: September 18, 2013.

Respectfully submitted,

**PROSKAUER ROSE LLP**
*Attorneys for Plaintiff*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone:   (561) 241-7400
Facsimile:   (561) 241-7145

*/s/ Andrew Thomson*
Matthew Triggs
Florida Bar No. 865745
mtriggs@proskauer.com
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com

- and -

Sarah S. Gold
(admitted *pro hac vice*)
Margaret A. Dale
(admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Andrew Thomson*
Andrew B. Thomson

## SERVICE LIST

CASE NO. 13-CIV-20830-COOKE

**Scott Margules, Esq.**
Law Offices of Scott Margules, P.A.
20801 Biscayne Blvd., Suite 303
Aventura, Florida 33180
Telephone: (305) 933-8933
Facsimile: (305) 933-0334
*Via Notice of Electronic Filing*