# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CIV-20830-COOKE/TURNOFF

THE KEITH HARING FOUNDATION, INC.,

       Plaintiff,

vs.

COLORED THUMB CORP. and
MICHAEL ROSEN,

       Defendants.

_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with John W. Salmon, Esq. of Salmon & Dulberg Dispute Resolution at a mutually convenient date and time on or before July 2, 2014.

ENTERED this \_\_\_ day of _____, 2013.

                                           _____
                                           HONORABLE MARCIA G. COOKE
                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*