# EXHIBIT C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CIV-20830-COOKE/TURNOFF

THE KEITH HARING FOUNDATION, INC.,

       Plaintiff,

vs.

COLORED THUMB CORP. and
MICHAEL ROSEN,

       Defendants.

## DECLARATION OF MARGARET A. DALE

MARGARET A. DALE, under penalty of perjury, declares the following:

1.    I am a partner in the law firm of Proskauer Rose LLP, counsel to Plaintiff The Keith Haring Foundation, Inc.  I make this declaration based on my personal knowledge, and in support of Plaintiff's Motion to Overrule Objections and Compel the Production of Documents.

2.    On September 16, 2013, together with my partner Sarah S. Gold, I spoke on the telephone with Herman Russomanno, III, prior counsel to Defendants Colored Thumb Corp. and Michael Rosen.

3.    We discussed Mr. Russomanno's introduction to and dealings with Liz Bilinski, whom Mr. Russomanno met on or around March 8, 2013.  Through discovery in this action, Ms. Bilinski has been identified as an owner of some of the art work that was exhibited at the "Haring Miami" art show in March 2013, which precipitated this litigation.  Mr. Russomanno told us that, in March 2013, Ms. Bilinski gave Mr. Russomanno documents relating to the "provenance" of the art being exhibited at Haring Miami.  Mr. Russomanno also told us that he

provided those provenance documents to the Defendants' new lawyer, Scott Margules, and to defendant Michael Rosen.

4.     Mr. Russomanno told us that Liz Bilinski was never his client.

5.     Indeed, Mr. Russomanno said that he made it clear to Ms. Bilinski at the time of their meeting that she was not his client and made a point to exclude her from his conversations with his then-clients, Defendants Colored Thumb Corp. and Michael Rosen.

6.     I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2013.

_____
MARGARET A. DALE