# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CIV-20830-COOKE-TURNOFF

THE KEITH HARING FOUNDATION, INC.,

    Plaintiff,

vs.

COLORED THUMB CORP. and
MICHAEL ROSEN,

    Defendants.

## NOTICE OF TAKING OF DEPOSITION OF DEFENDANT MICHAEL ROSEN

NOTICE IS HEREBY GIVEN that, at the time and place specified below, Plaintiff will take the deposition of:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
| Michael Rosen | October 22, 2013[1] | 10:00 a.m. | Proskauer Rose LLP<br>2255 Glades Road, Suite 421 Atrium<br>Boca Raton, Florida 33431 |

upon oral examination before a notary public or some other person authorized to administer oaths. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Date: September 19, 2013

**PROSKAUER ROSE LLP**
*Attorneys for Plaintiff*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145

_____
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com

---

[1] The taking of the deposition on this date is predicated on Plaintiff receiving from Defendants the outstanding documents responsive to Plaintiff's First Request for Production on or before September 30, 2013.

         - and -

         Sarah S. Gold
         (admitted *pro hac vice*)
         Margaret A. Dale
         (admitted *pro hac vice*)
         **PROSKAUER ROSE LLP**
         Eleven Times Square
         New York, NY 10036
         Telephone: (212) 969-3000
         Facsimile: (212) 969-2900

## CERTIFICATE OF SERVICE

I hereby certify that, on September 19, 2013, a copy of the foregoing was served by facsimile and U.S. Mail on the following.

**Scott Margules, Esq.**
Law Offices of Scott Margules, P.A.
20801 Biscayne Blvd., Suite 303
Aventura, Florida 33180
Telephone: (305) 933-8933
Facsimile: (305) 933-0334
*Attorneys for Defendants*

                           _____
                           Andrew Thomson



| E-Mail | Address Book | Settings | Logout |

Move to...

**Folders**
- Inbox (1)
- Drafts
- Sent
- Junk
- Trash

**Subject** Haring
**Sender** Thomson, Andrew B.
**Recipient** scott@marguleslaw.com
**Date** Thu 09:34

Scott,

I got your message. Sorry for my delay in responding. Yes, Mr. Rosen's deposition is still scheduled for October 22. I'll let you know soon if we still plan on going forward that day.

Andrew Thomson
Proskauer
2255 Glades Road
Suite 421 Atrium
Boca Raton, Florida 33431
Phone: (561) 995-4717
Fax: (561) 241-7145
athomson@proskauer.com

*************************************************************
To ensure compliance with requirements imposed by U.S. Treasury Regulations, Proskauer Rose LLP informs you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

Message 171 of 17950



| | E-Mail | Address Book | Settings | Logout |

Move to...

**Folders**
- Inbox (1)
- Drafts
- Sent
- Junk
- Trash

**Subject** RE: Haring
**Sender** Thomson, Andrew B.
**Recipient** scott@marguleslaw.com
**Copy** Gold, Sarah S., Dale, Margaret A.
**Date** Fri 17:58

Scott,

As you've seen, we filed our motion to compel production of documents. Because your client hasn't produced all of the documents responsive to our requests, we have no choice but to postpone your client's October 22 deposition.

Andrew Thomson
Proskauer
2255 Glades Road
Suite 421 Atrium
Boca Raton, Florida 33431
Phone: (561) 995-4717
Fax: (561) 241-7145
athomson@proskauer.com

**From:** Thomson, Andrew B.
**Sent:** Thursday, October 10, 2013 9:35 AM
**To:** 'scott@marguleslaw.com'
**Subject:** Haring

Scott,

I got your message. Sorry for my delay in responding. Yes, Mr. Rosen's deposition is still scheduled for October 22. I'll let you know soon if we still plan on going forward that day.

Andrew Thomson
Proskauer
2255 Glades Road
Suite 421 Atrium
Boca Raton, Florida 33431
Phone: (561) 995-4717
Fax: (561) 241-7145
athomson@proskauer.com

*********************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*********************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,

Message 74 of 17950