# EXHIBIT "D"

LAW OFFICES OF
# SCOTT MARGULES, P.A.

AVENTURA CORPORATE CENTER, SUITE 303
20801 BISCAYNE BOULEVARD
AVENTURA, FLORIDA 33180

TELEPHONE: 305- 933-8933
FACSIMILE:  305- 933-0334
EMAIL: scott@marguleslaw.com

September 12, 2013

SENT VIA E-MAIL

Andrew B. Thomson, Esq.
Proskauer Rose LLP
2255 Glades Rd. Suite 421A
Boca Raton, FL 33431

RE: The Keith Haring Foundation, Inc., v. Colored Thumb and Michael Rosen
Case No. 13-CV-20830-MGC

Andrew:

We are scheduling Depositions in New York of Julia Gruen, Amy Murphy, Allen Haring and David Stark on October 28th and October 29th, 2013.

I will also notice the Deposition of the Haring Foundation's Representative with the Most Knowledge of the allegations in the Complaint and responses to Colored Thumb/Rosen's Defenses in Miami, Florida on October 22, 2013.

If such dates are inconvenient, please advise with alternative acceptable dates or call me to discuss.

Thank you.

Sincerely,

SCOTT MARGULES, ESQ.
SM/cc

cc: Michael Rosen (via e-mail)
    Sarah Gold, Esq (via e-mail)



| | |
|---|---|
| **Subject** | The Keith Haring Foundation, Inc. vs. Colored Thumb Corp. |
| **Sender** | Scott Margules <scott@marguleslaw.com> |
| **Recipient** | <SGOLD@PROSKAUER.COM>, <athomson@proskauer.com> |
| **Bcc** | <coloredthumb@gmail.com>, <kerr@browerpiven.com> |
| **Reply-To** | <scott@marguleslaw.com> |
| **Date** | 14.10.2013 16:33 |

Andrew and Sarah:

This will be the third time that I have requested dates for Depositions of The Haring Foundation, Inc. Andy indicated that your client will not respond to my earlier request.

The following dates for Deposition pursuant to Rule 30(b)(6), are offered:

- November 20, 2013
- November 21, 2013
- November 22, 2013
- November 25, 2013
- December 4, 2013
- December 5, 2013
- December 9, 2013

The Corporate Representative of THE KEITH HARING FOUNDATION, INC. should be as follows:

   a) The person with the most knowledge of the evidence or reasoning behind THE KEITH HARING FOUNDATIONS, INC'S, Authentication Board's decision that the works submitted by LIZ BILINSKI and PANAMA JACK were unauthentic.

   b) The person with the most knowledge of the manner in which THE HARING FOUNDATION, INC.'S Authentication Board, reviewed all work submitted by LIZ BILINSKI and/or her group for authentication.

   c) The person with the most knowledge of the manner and reasoning behind THE KEITH HARING FOUNDATION, INC's determination that each of the works displayed at HARING MIAMI, are "NOT GENIUNE HARING ART WORKS, RATHER ARE FAKES, FORGERIES, COUNTERFITS, AND/OR INFRINGEMENTS" as alleged in Paragraph No. 16 of THE HARING FOUNDATION, INC'S Complaint in its lawsuit against Colored Thumb Corp. and Michael Rosen.

Tomorrow we will be moving to compel responses to Request for Production served July 26, 2013 and compliance with Rule 30(b)(6). Please respond before 3:00 p.m. tomorrow.

Thank you.

Sincerely,
--
Scott Margules, Esq.
Law Offices of Scott Margules, P.A.
20801 Biscayne Blvd., Suite 303
Aventura, FL 33180
Phone: (305) 933-8933 / Fax: (305) 933-0334
E-Mail: scott@marguleslaw.com

NOTICE: This e-mail message and any attachment to this e-mail message is attorney PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, and use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 305-933-8933 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced