# EXHIBIT "B"

LAW OFFICES

# RUSSOMANNO & BORRELLO
PROFESSIONAL ASSOCIATION

HERMAN J. RUSSOMANNO*  
ROBERT J. BORRELLO  
HERMAN J. RUSSOMANNO III  
CHRISTOPHER S. RUSSOMANNO  
*CERTIFIED IN CIVIL TRIAL LAW BY THE FLA. BAR

MUSEUM TOWER  
PENTHOUSE 2800  
150 WEST FLAGLER STREET  
MIAMI, FLORIDA 33130  
305 373-2101  
FAX 305 373-2103

July 26, 2013

<u>Via Email & U.S. Mail</u>  
Liz Bilinski  
728 Willow Avenue  
Hoboken, NJ 07030  
Email: pcliz63@aol.com

Re: The Keith Haring Foundation v. Color Thumb, Corp. and Michael Rosen  
<u>S.D. Fla. Case No. 13-CIV-20830-COOKE</u>

Dear Ms. Bilinski:

As you know, on March 8, 2013, you voluntarily provided me and Michael Rosen documents in regard to the artwork displayed at the Haring Miami exhibition. You agreed to allow my law firm to scan the documents into PDF documents and then return the original documents to you (which were returned to you on or around March 8, 2013).

The Haring Foundation has propounded a Request for Production of Documents to Mr. Rosen in this lawsuit and we believe that the documents you provided Mr. Rosen fall within the scope of the documents that The Haring Foundation is requesting. Thus, we believe that we must produce the documents as they are in the possession, custody or control of Mr. Rosen. For purposes of protecting the confidential nature of the documents, we intend to enter into a Confidentiality Agreement with The Haring Foundation. Notwithstanding the same, we wanted to let you know that we do intend to produce the documents and if we do not hear from you by August 6, 2013, we shall assume that you have no objection to us producing the documents and they will be produced with a "confidential" designation to them.

Thank you for your attention to this matter.

Sincerely,

*Herman J. Russomanno III*

Herman J. Russomanno III

cc: Michael Rosen/Colored Thumb Corp.



| | |
|---|---|
| **Subject** | Fwd: The Keith Haring Foundation v. Color Thumb, Corp. and Michael Rosen; S.D. Fla. Case No. 13-CIV-20830-COOKE |
| **Sender** | Herman J. Russomanno III <herman2@russomanno.com> |
| **Recipient** | <scott@marguleslaw.com> |
| **Date** | 05.08.2013 14:52 |

FYI

Herman J. Russomanno III, Esq.
RUSSOMANNO & BORRELLO, P.A.
Museum Tower - Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
(Phone) 305-373-2101
(Fax) 305-373-2103
(Email) herman2@russomanno.com
(Website) www.russomanno.com

Begin forwarded message:

> **From:** Liz <pcliz63@aol.com>
> **Date:** August 5, 2013, 2:36:48 PM EDT
> **To:** "Herman J. Russomanno III" <herman2@russomanno.com>
> **Cc:** "<coloredthumb@gmail.com>" <coloredthumb@gmail.com>, "Herman J. Russomanno" <hrussomanno@russomanno.com>, "Robert J. Borrello" <rborrello@russomanno.com>
> **Subject: Re: The Keith Haring Foundation v. Color Thumb, Corp. and Michael Rosen; S.D. Fla. Case No. 13-CIV-20830-COOKE**
>
> August 5, 2013
>
> **Dear Mr Russomanno**
>
> The documents given to you in March at your office regarding the Keith Haring artworks were given to you and your firm in confidence .
>
> I am therefore NOT giving my permission for these documents to be released .
>
> **Thank you,
> Sincerely
> Liz Bilinski**
>
>
>
> Sent from my iPhone
>
> On 2013-07-26, at 2:23 PM, "Herman J. Russomanno III" <herman2@russomanno.com> wrote:
>
>> Dear Ms. Bilinski - please find the attached correspondence in regard to the above lawsuit.

Herman J. Russomanno III, Esq.
RUSSOMANNO & BORRELLO, P.A.
Museum Tower - Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
(Phone) 305-373-2101
(Fax) 305-373-2103
(Email) herman2@russomanno.com
(Website) www.russomanno.com

<HJR III to Bilinski 7-26-13.pdf>

| | |
|---|---|
| **Subject** | Haring |
| **Sender** | Brian Kerr <Kerr@browerpiven.com> |
| **Recipient** | scott@marguleslaw.com <scott@marguleslaw.com> |
| **Date** | 23.10.2013 09:42 |

Scott,

I wanted to inform you that it appears that you are in the possession of certain "original" documents that belong to Liz Bilinski. The documents in question (certain materials that were found in a crate shipped with the art) should be returned immediately to avoid any action for conversion. Moreover, it appears that there is some uncertainty about whether you are in rightful possession of these materials. This issue (including the circumstances surrounding how you came to possess them) should be investigated further before any production is made. In addition, as I requested yesterday, please send me a draft of what you intend to file in response to the Haring Foundation's motion to compel. Given the nature of the materials, we would like to see the document first. I understand from your email yesterday that the return date on the motion is October 28, and assure you we will get back to you promptly after our review.

Regards,
Brian

Brian C. Kerr
Brower Piven
 A Professional Corporation
475 Park Avenue South, 33rd Floor
New York, NY 10016
Office: 1.212.501.9000 (Ext. 201)
Mobile: 1.917.751.9688
Fax: 1.212.501.0300
Email: kerr@browerpiven.com
Website: www.browerpiven.com