UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20830-Civ-COOKE/Turnoff

THE KEITH HARING FOUNDATION, INC.,

    Plaintiff,

v.

COLORED THUMB CORP., and
MICHAEL ROSEN,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Overrule Objections and Compel the Production of Documents (ECF No. 40), Defendants' Motion to Compel Production of Documents From Plaintiff and to Compel Deposition of The Keith Haring Foundation, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) (ECF No. 41), and Defendants' Motion for Protective Order (ECF No. 43). These matters were referred to the undersigned by the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida. (ECF No. 19). A hearing on these motions took place before the undersigned on December 11, 2013. (ECF No. 51). The parties announced in open court that they had reached agreement as to several pending issues. Upon consideration of the written and oral arguments, the parties' agreement, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion to Overrule Objections and Compel the Production of Documents (ECF No. 40) is **GRANTED** as to Request No. 8, and any additional documents in the possession of Defendants received from Liz Bilinski and/or her group. These shall be made available for

copying by Defendants, on or before December 12, 2013, at Plaintiff's expense. Defendants' objection to Request No. 20 calling for the production of email lists and sign-in books collected at Haring Miami is **OVERRULED**. Documents shall be produced forthwith, subject to a confidentiality agreement/order.

In this connection, it is **FURTHER ORDERED AND ADJUDGED** that the parties shall attempt in good faith to agree to a confidentiality agreement/order. If they are unable to do so, they are to submit competing confidentiality orders for the Court's consideration by the close of business on Monday, December 16, 2013.

2. Defendants' Motion to Compel Production of Documents From Plaintiff and to Compel Deposition of The Keith Haring Foundation, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) (ECF No. 41) is **DEEMED MOOT**, as the parties have resolved the issues by agreement. Plaintiff shall respond and object to Defendants' document requests on or before January 17, 2014, and shall produce substantially all responsive documents to which objections have not been asserted by February 14, 2014. Moreover, Plaintiff shall produce for deposition a corporate representative on February 26, 2014.

3. Defendants' Motion for Protective Order is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ⧸⧹ day of December 2013.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
All Counsel of Record